UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEQING TANG,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LaROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  26-cv-2472-RSH-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 20, 2026, petitioner Leqing Tang filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that although he was previously released on immigration parole, the government re-arrested him on June 18, 2025 without any individualized custody determination or explanation, in violation of his due process rights. *Id.* ¶¶ 6, 42, 43.

On April 24, 2026, Respondents filed a return. Without conceding Petitioner's allegations, Respondents state that they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." ECF No. 5 at 2.

Accordingly, the Petition is **GRANTED** as follows. Within ***one business day of the date of this order***, Respondents shall release Petitioner from immigration custody under the terms of his prior parole notice. This order does not constrain Respondents' ability to

impose or modify appropriate conditions of release. Court declines to grant further injunctive relief, on the grounds that the Petition does not establish entitlement to such relief.

**IT IS SO ORDERED**.

Dated: April 24, 2026

_Robert S Huie_
_____
Hon. Robert S. Huie
United States District Judge

26-cv-2472-RSH-MSB